IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ARTHUR EARL TAYLOR,                )
                                   )
                Petitioner,        )
                                   )
vs.                                )     No. CIV-14-1190-C
                                   )
WARDEN FOX, et al.,                )
                                   )
                Respondents.       )

## O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on November 24, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and, for the reasons announced therein, this action is DISMISSED.

IT IS SO ORDERED this 31st day of December, 2014.

ROBIN J. CAUTHRON
United States District Judge